UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: PATRICIA ANN TURNER
60 PINE LEVEL RD
GREENVILLE, AL 36037

CASE NO: 10-33282-DHW
Chapter 13

Soc. Sec. No. XXX-XX-1197
Debtor.

## INCOME WITHHOLDING ORDER

TO: CRENSHAW COMMUNITY HOSPITAL
101 HOSPITAL CIR
LUVERNE, AL 36049

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that CRENSHAW COMMUNITY HOSPITAL withhold from the wages, earnings, or other income of this debtor the sum of **$224.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**10-33282-DHW PATRICIA ANN TURNER**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, November 19, 2012 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge